IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF/RESPONDENT

v.                                        No. 2:03-CR-20039-001

NHAN VAN NGUYEN                                                      DEFENDANT/PETITIONER

## ORDER

The Court has received a report and recommendations (Doc. 245) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline for objections has passed. The Magistrate recommends that Petitioner's motion to vacate (Doc. 235) be dismissed with prejudice. The Court has reviewed this case and finds that the report is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

Petitioner has also filed a motion (Doc. 239) to reduce his sentence on the basis of the 2014 amendments to the United States Sentencing Guidelines. This motion is identical to a motion Petitioner filed in another case before this Court. *See United States v. Nhan Van Nguyen*, Case No. 2:10-CR-20057-001, Doc. 309 (W.D. Ark. June 27, 2016). In that case, the motion was denied because Petitioner's guidelines sentence was calculated using the career offender guideline. In this case, the motion to reduce his sentence is denied because Petitioner is no longer serving a sentence. In this case, Petitioner was sentenced on February 11, 2004 to a term of imprisonment for 70 months and a term of supervised release for 5 years. (Doc. 119). He began his term of supervised release on January 28, 2009. On November 3, 2011, Petitioner's term of supervised release was revoked, and he was sent back to prison for a term of 18 months, to run concurrent with his sentence in the other case. The term of imprisonment imposed upon revocation of his supervised release—that is, the term of imprisonment imposed in this case—has expired. There

is no sentence to reduce.

IT IS THEREFORE ORDERED that Petitioner's motion to reduce his sentence (Doc. 239) is DENIED.

IT IS FURTHER ORDERED that Petitioner's motion to vacate (Doc. 235) is DENIED and his petition is DISMISSED WITH PREJUDICE.  No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 1st day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE